

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| SHANA THURSTON, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 4:19-cv-02407-MGL |
| | § | |
| KILOLO KIJAKAZI, *Acting Commissioner of* | § | |
| *the Social Security Administration*, | § | |
| Defendant. | § | |
| | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES**

This is a Social Security appeal. Pending before the Court is Plaintiff Shana Thurston's motion for attorney's fees under 42 U.S.C. § 406(b) in the amount of $25,822.50, less any awarded fee under the Equal Access to Justice Act. Defendant Kilolo Kijakazi responded she takes no position on the motion.

Having carefully considered the motion, the response, the record, and the relevant law, it is the judgment of the Court the motion is **GRANTED**.

**IT IS SO ORDERED**.

Signed this 29th day of March, 2023, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE